526

█ ARTHUR E. PARSONS, JR., et al., Respondents, v. EDWARD T. BENZING, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: The granting of the motion at this late date in the proceedings was an improvident exercise of discretion. (Appeal from an order of Erie Special Term granting plaintiff's motion to serve amended complaint.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

█ NORMAN GROFF et al., Appellants, v. FREDERICK LEWIS, Respondent.— Judgment unanimously reversed on the law and facts and a new trial granted, with cost to the appellants to abide the event. Memorandum: The verdict of the jury is against the weight of the credible evidence. (Appeal from judgment of Erie Trial Term dismissing the complaint on the merits in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.